### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KIMBERLY COLEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FAIRWAY CAPITAL RECOVERY, LLC, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

## INTRODUCTION

1.      Plaintiff Kimberly Coleman brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Fairway Capital Recovery, LLC  Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

## VENUE AND JURISDICTION

2.      This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28  U.S.C. §1331 and 28 U.S.C. §1337.

3.      Venue and personal jurisdiction in this District are proper because:

        a.      Defendant's collection communications were received by plaintiff within this District;

        b.      Defendant does or transacts business within this District.

## PARTIES

4.      Plaintiff Kimberly Coleman is an individual who resides in the Northern District of Illinois.

5.      Defendant Fairway Capital Recovery, LLC is a limited liability company organized under Ohio law with its principal place of business located at 4000 Executive Park Drive, Suite 300, Cincinnati, OH 45241.  It does business in Illinois.  Its registered agent and

1

office is National Registered Agents Inc., 200 W. Adams St., Chicago, IL 60606.

6.     Fairway Capital Recovery, LLC is engaged in the business of a collection agency, using the mails and telephone to collect consumer debts originally owed to others.

7.     Fairway Capital Recovery, LLC is a debt collector as defined in the FDCPA.

## FACTS

8.     Defendant has been attempting to collect from plaintiff an alleged high-interest loan incurred for personal, family or household purposes.

9.     On or about the morning of May 29, 2013, plaintiff received a telephone call from a representative of defendant using the name George Walker.  Walker called from 513-793-7900.

10.     Walker stated that he had been assigned to a case that was about to go into litigation against plaintiff for "possible fraud" and that he had already contacted plaintiff's employer.  He also started naming plaintiff's assets.

11.     The number 513-793-7900 is issued to defendant.

12.     No lawsuit was filed or intended.

13.     Plaintiff was harassed, upset and aggravated as a result of the call.

## COUNT I  – FDCPA

14.     Plaintiff incorporates paragraphs 1-13.

15.     Defendant's call violated 15 U.S.C. §§1692e, 1692e(2), 1692e(5), 1692e(7), and 1692e(10).

16.     Section 1692e provides:

**§ 1692e.          False or misleading representations [Section 807 of P.L.]**

**A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.  Without limiting the general application of the foregoing, the following conduct is a violation of this section: . . .**

2

**(2)**     **The false representation of--**

**(A)**     **the character, amount, or legal status of any debt; . . . .**

**(5)**     **The threat to take any action that cannot legally be taken or that is not intended to be taken. . . .**

**(7)**     **The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer. . . .**

**(10)**     **The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer. . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against

defendant for:

(1)     Statutory damages;

(2)     Actual damages;

(3)      Attorney's fees, litigation expenses and costs of suit;

(4)      Such other and further relief as the Court deems proper.

<u>s/ Daniel A. Edelman</u>
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Sharon Goott Nissim
EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

3

## **VERIFICATION**

The undersigned declares under penalty of perjury, as provided for by 28 U.S.C. §1746, that the facts stated in the foregoing complaint are true to the best of her knowledge and belief.

Kimberly Coleman

4

## NOTICE OF LIEN AND ASSIGNMENT

    Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards.  All rights relating to attorney's fees have been assigned to counsel.


            s/ Daniel A. Edelman
            Daniel A. Edelman


Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)